UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANGEL MOTA-MEZA,<br><br>    Defendant. | NO.  CR-09-076-RHW-1<br><br>**ORDER OF DISMISSAL** |

A sentencing hearing was held in CR-09-077-RHW on January 21, 2010. Defendant was present and represented by Amy Rubin; the Government was represented by Assistant United States Attorney Robert Ellis. At the hearing, the Government moved to dismiss the Indictment in CR-09-076-RHW-1, and the Court granted the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's motion to dismiss the Indictment in the above-captioned matter is **GRANTED**.

2. The Indictment is **dismissed with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and **close the file.**

**DATED** this 29th day of January, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2009\09-076\Mota-Meza\dismiss.ord.wpd

**ORDER OF DISMISSAL** \* 1